THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
ANDREW PRIBE (CA SBN # 254904)
Assistant United States Attorney
300 N. Los Angeles Street
Federal Building, Room 7211
Los Angeles, CA 90012
      Telephone: (213) 894-6551
      Facsimile: (213) 894-0115
      E-mail:   andrew.t.pribe@usdoj.gov

JS-6

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MAGUIRE PARTNERS - MASTER INVESTMENTS, LLC, MAGUIRE PARTNERS, INC., TAX MATTERS PARTNERS, *et al.,* | Consolidated Case No.: CV 06–07371-JFW (RZx) |
| | Related Case Nos.: |
| Plaintiffs, | CV 06-7374-JFW (Rzx) |
| vs. | CV 06-7376-JFW (RZx) |
| | CV 06-7377-JFW (RZx) |
| UNITED STATES OF AMERICA | CV 06-7380-JFW (RZx) √ |
| Defendant. | **Judgment** |

For the reasons set forth in the Court's findings of fact and conclusions of law, dated February 4, 2009, (dkt. 140), the Court denies Plaintiffs' request to readjust partnership items for 2001 and 2002 of Maguire Partners - Master Investments, LLC; Thomas Division Partnership, L.P.; Thomas Investment Partners, Ltd.; Thomas Master Investments, L.P.; and Huntington/Fox Investments, L.P. The adjustments set forth in the Notices of Final Partnership Administrative Adjustments (FPAAs) are correct. Further, the accuracy-related penalties specified in the FPAAs were appropriately imposed and there are no partnership-level defenses to those penalties.

Judgment is entered in favor of the United States and against Maguire Partners - Master Investments, LLC, Maguire Partners, Inc., Tax Matters Partner,

in case no. CV 06-7371; Thomas Division Partnership, L.P., Thomas Investment Partners, Ltd., Tax Matters Partner, in case no. CV 06-7374; Thomas Investment Partners, Ltd., Thomas Partners, Inc., Tax Matters Partner, in case no. CV 06-7376; Thomas Master Investments, L.P., Thomas Partners, Inc., Tax Matters Partner, in case no. CV 06-7377; and Huntington/Fox Investments, L.P., Edward D. Fox, Jr., Tax Matters Partner, in case no. CV 06-7380.

The United States is entitled to costs pursuant to Rule 54(d)(1), Federal Rules of Civil Procedure, in amounts to be determined.


IT IS SO ORDERED:


DATED:      March 3, 2009          _____

                                   JOHN F. WALTER

                                   UNITED STATES DISTRICT JUDGE