```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  Maguire Partners Master      )  Case No. CV 06-7371-JFW (RZx)
    Investments LLC, et al.,     )
12                               )  Related Case Nos.:
                    Plaintiff,   )
13                               )  CV 06-7374-JFW (RZx)
         v.                      )  CV 06-7376-JFW (RZx)
14                               )  CV 06-7377-JFW (RZx)
    United States of America,    )  CV 06-7380-JFW (RZx)√
15                               )
                    Defendant.   )  AMENDED JUDGMENT
16  _____)
17
18
19
20
21
22
23
24
25
26
27
28
```

1
2       For the reasons set forth in the Court's Amended Findings
3  of Fact and Conclusions of Law, dated December 11, 2009, the
4  Court denies Plaintiffs' request to readjust partnership
5  items for 2001 and 2002 of Maguire Partners – Master
6  Investments, LLC; Thomas Division Partnership, L.P.; Thomas
7  Investment Partners, Ltd.; Thomas Master Investments, L.P.;
8  and Huntington/Fox Investments, L.P.  The adjustments set
9  forth in the Notices of Final Partnership Administrative
10 Adjustments (FPAAs) are correct.  In addition, the accuracy-
11 related penalties specified in the PFAAs relating to the
12 partnerships' negligence and disregard of the rules and
13 regulations were appropriately imposed and Plaintiffs have no
14 partnership-level defenses to those penalties.  The accuracy-
15 related penalties specified in the FPAAs pertaining to gross-
16 valuation misstatements and substantial-valuation
17 misstatements are not sustained.
18      IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND
19 DECREED, THAT:
20      Judgment is entered in favor of the United States and
21 against Maguire Partners – Master Investments, LLC, Maguire
22 Partners, Inc., Tax Matters Partner, in Case No. CV 06-7371;
23 Thams Division Partnership, L.P., Thomas Investment Partners,
24 Ltd., Tax matters Partner, in Case No. CV 06-7374; Thomas
25 Investment Partners, Ltd., Thomas Partners, Inc., Tax Matters
26 Partner, in Case No. CV 06-7376; Thomas Master Investments,
27 L.P., Thomas Partners, Inc., Tax Matters Partner, in Case No.
28

1 | CV 06-7377; and Huntington/Fox Investments, L.P., Edward D.
2 | Fox, Jr., Tax Matters Partner, in Case No. CV 06-7380.
3 |     The United States is entitled to costs pursuant to Rule
4 | 54(d)(1), Federal Rules of Civil Procedure, in amounts to be
5 | determined.

7 | Dated: December 11, 2009    _____
8 |                             JOHN F. WALTER
                                UNITED STATES DISTRICT JUDGE

3